IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESTINY NELSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA,<br><br>Defendant. | Civil Action No. 2:24-cv-4821-GAW |

## ORDER

AND NOW, this 17th day of April, 2025, upon consideration of Defendant City of Philadelphia's Motion to Dismiss (the "Motion" at Dkt. #7) and Plaintiff's opposition thereto, it is hereby ORDERED that the Motion is GRANTED, IN PART. It is FURTHER ORDERED that:

1. Counts I through VI of the Complaint are dismissed without prejudice;

2. Count VIII of the Complaint is dismissed without prejudice;

3. Counts IX and X of the Complaint are dismissed without prejudice to the extent they find their basis in Plaintiff's alleged disability;

4. Plaintiff has leave to amend her Complaint within 14 days of the date of this Order; and

5. No later than 28 days from the date of this Order, Defendant shall respond to the Amended Complaint, if there is one, or answer the remaining allegations of the Complaint (Dkt. #1) if Plaintiff makes no amendment.

BY THE COURT:

_____
GAIL WEILHEIMER         J.